March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
UNITED STATES OF AMERICA,

                    -v-

                       ,
                        Defendant(s).
---------------------------------------------------------------X

**CONSENT TO PROCEED**
**BY TELECONFERENCE**

_____-CR-_____(___) (___)

Defendant _____ hereby voluntarily consents
to participate in the following proceeding via teleconferencing:

\_\_\_      Initial Appearance/Appointment of Counsel

\_\_\_      Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of
            Indictment Form)

\_\_\_      Preliminary Hearing on Felony Complaint

\_\_\_      Bail/Revocation/Detention Hearing

\_\_\_      Status and/or Scheduling Conference

\_\_\_      Misdemeanor Plea/Trial/Sentence


_*Jian Li*_        *AM*
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

                                            *Annalisa Miron*
                              _____
                              Defense Counsel's Signature


_____
Print Defendant's Name

                              _____
                              Print Defense Counsel's Name


This proceeding was conducted by reliable teleconferencing technology.

 11/2/2020
_____
Date

                              *Stuart J. Aaron*
                              _____
                              U.S. Magistrate Judge