```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/5/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-v-

Jian Li                    ,
                    Defendant(s).
------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

20 -CR- 568 (AT)( )

Defendant __Jian Li_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

_X_ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

_____Jian Li   AM_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

**Jian Li**
Print Defendant's Name

_____Annalisa Miron_____
Defense Counsel's Signature

**Annalisa Miron**
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

11/5/2020
_____
Date

_____
ANALISA TORRES
United States District Judge