# Federal Defenders
## OF NEW YORK, INC.

52 Du[...]

David E. Patton
*Executive Director
and Attorney-in-Chief*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/22/2021

Attorney-in-Charge

February 19, 2021

**BY ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**RE: United States v. Jian Li**
**20 Cr. 568 (AT)**

Dear Judge Torres:

I write to provide the Court with an update on the status of discovery review. As of the date of my last letter to the Court on January 17, I was still waiting for a discovery production associated with search warrant returns in this case. That production was made just this week on February 16, 2021. The defense is still in the process of reviewing all of the discovery, including the newest production. Additionally, the defense expert is in the process of reviewing the data providing by the Jury Administrator and I anticipate being able to file a motion in connection with that review.

I request that the Court set a new date, at least 30 days from now, for the filing of another update regarding discovery review and jury records analysis. I consent to the exclusion of time until that date.

GRANTED. By **March 22, 2021**, Defendant shall file a letter providing an update on review of discovery and jury record analysis.

Time between February 19, 2021, and March 22, 2021, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because the ends of justice served by excluding such time outweigh the interests of the public and Defendant in a speedy trial in that this will allow for the Defendant to continue to review discovery and determine whether there are any motions to file at this time.

SO ORDERED.

Dated: February 22, 2021
         New York, New York

ANALISA TORRES
United States District Judge