UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JIAN LI, a/k/a "Jason Li,",

                                    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  __3/12/2021____

20 Cr. 568 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court is in receipt of Defendant's motions to dismiss at ECF No. 31.  Accordingly:

1. By **March 29, 2021**, the Government shall file its opposition papers; and
2. By **April 12, 2021**, Defendant shall file his reply papers, if any.

SO ORDERED.

Dated: March 12, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge