UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JIAN LI, a/k/a "Jason Li,",

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  __7/5/2022___

20 Cr. 568 (AT)

**ORDER**

ANALISA TORRES, District Judge:

In light of the Court's order denying Defendant's motion to dismiss, *see* ECF No. 39, by **July 8, 2022**, at **12:00 p.m.**, the parties shall file a joint status letter apprising the Court on the status of discovery, whether the parties would like to set a motions schedule, any requests for exclusion of time under the Speedy Trial Act, if applicable, sand whether the parties intend to make any other applications to the Court that would warrant a conference before the undersigned.

SO ORDERED.

Dated: July 5, 2022
New York, New York

_____
ANALISA TORRES
United States District Judge