

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/2/2022

November 1, 2022

Hon. Analisa Torres
United States District Court
500 Pearl Street
New York, NY 10007

    Re:    <u>United States</u> v. <u>Jian Li</u>, 20 Cr. 568 (AT)

Judge Torres:

    I write regarding a disposition the above-captioned case. The parties have agreed to enter into a deferred prosecution agreement and are working on finalizing the paperwork. In light of the agreement, the Government respectfully request that the Court adjourn *sine die* the pending briefing schedule on the defendant's motion to dismiss the indictment. The defendant consents to the Government's request.

        Respectfully Submitted,

        DAMIAN WILLIAMS
        United States Attorney

    by:    /s/ Thomas Burnett_____
        Thomas S. Burnett
        Assistant United States Attorney
        (212) 637-1064

GRANTED.

SO ORDERED.

Dated: November 2, 2022
       New York, New York

                      ANALISA TORRES
                      United States District Judge