USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/11/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JIAN LI, a/k/a "Jason Li,"

　　　　　　　　　　Defendant.

20 Cr. 568 (AT)

**ORDER**

ANALISA TORRES, District Judge:

By **May 16, 2023**, the parties shall provide a status update to the Court.

SO ORDERED.

Dated: May 11, 2023
　　　　New York, New York

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　ANALISA TORRES
　　　　　　　　　　　　　　　　　United States District Judge