

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 16, 2023

**By ECF**
Hon. Analisa Torres
United States District Court
500 Pearl Street
New York, NY 10007

  Re: <u>United States</u> v. <u>Jian Li</u>, 20 Cr. 568 (AT)

Dear Judge Torres:

  The parties write in response to your request for a status update in the above-captioned case. On December 2, 2022, the Government and the defendant entered into a deferred prosecution agreement. (Dkt. 49.) Under the terms of that agreement, the Government agreed to defer prosecution for a period of six months, in exchange for the defendant's acceptance of responsibility and compliance with certain enumerated conditions. (*Id.*) If, upon completion of the six-month term, the defendant's supervising Pretrial Services Officer submits a report stating that the defendant complied with all applicable terms of supervision, no further prosecution will be pursued against the defendant, and the Government will move to dismiss the pending charges against him. (*Id.*)

  The six-month period of deferred prosecution is scheduled to run until June 2, 2023. The parties will update the Court about next steps in the case after the defendant's supervising Pretrial Services Officer submits a report regarding the defendant's compliance. Please let us know if you have further questions.

            Respectfully,

            DAMIAN WILLIAMS
            United States Attorney

          by: ___/s/ Thomas Burnett_____
            Thomas Burnett
            Assistant United States Attorney
            (212) 637-1064