**Federal Defenders**
OF NEW YORK, INC.

52 Duan[e]

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/13/2023_

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

June 12, 2023

By ECF

Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street, Suite 2210
New York, NY 10007

Re: United States v. Jian Li
    20 Cr. 568 (AT)

Dear Judge Torres,

    I write, in the above-captioned case, to request the return of Mr. Li's passport. Mr. Li has completed the 6-month period of his deferred prosecution. I spoke today with the Government and was advised that it intends to file a request for dismissal shortly. I have also been advised by Mr. Li's pretrial officer that they require an order from the Court to return his passport. Both Pretrial and the Government consent to the return of Mr. Li passport at this time. For this reason, I ask the Court to order Pretrial Services to return Mr. Li's passport at this time.

Respectfully submitted,

*Jennifer Brown*

Jennifer L. Brown
Attorney-in-Charge
(212) 417-8722

GRANTED.

SO ORDERED.

Dated: June 13, 2023
      New York, New York

ANALISA TORRES
United States District Judge